NEW JERSEY STATE PAROLE BOARD v. LARRY EDMONDS.

March 16, 1982.

Petition for certification denied.

GEORGE M. SIVILICH v. GERALDINE N. SIVILICH.

March 16, 1982.

Petition for certification denied.

STATE OF NEW JERSEY v. WALTER FISHER.

March 16, 1982.

Petition for certification denied.

STATE OF NEW JERSEY v. JOSEPH WHEELER.

March 16, 1982.

Petition for certification denied.